# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 1:17-cv-282-M-LDA

ACADIA INSURANCE COMPANY,    )
                             )
                  Plaintiff  )
      v.                     )
                             )
METCOR, LTD.,                )
                             )
                  Defendant  )

## DISMISSAL STIPULATION

NOW COME the parties in the above-captioned matter and hereby agree that all claims in this matter may be dismissed, with prejudice, no interest and no costs.

DATED at Providence, Rhode Island, this 8th day of November, 2017.

| ACADIA INSURANCE COMPANY | METCOR, LTD. |
|---|---|
| By its Counsel: | By its Counsel: |
| /s/ John P. Graceffa | /s/ Sean T. O'Leary |
| John P. Graceffa, Esq., # 5201 | Sean T. O'Leary, Esq., #6035 |
| Morrison Mahoney, LLP | O'Leary Law Associates |
| 10 Weybosset Street, Suite 900 | 4060 Post Road |
| Providence, RI 02903-7141 | Warwick, RI 02886 |
| Telephone: (401) 331-4660 | Telephone: (401) 615-8584 |
| jgraceffa@morrisonmahoney.com | sto@olearylaw.com |
| | |
| /s/ Twain Braden | /s/ Todd D. Lochner |
| Twain Braden, Esq. | Todd D. Lochner, Esq. |
| (Pro Hac Vice) | (Pro Hac Vice) |
| Thompson Bowie & Hatch, LLC | Lochner Law Firm, P.C. |
| P.O. Box 4630 | 91 Main Street, 4th Floor |
| 415 Congress Street, Suite 500 | Annapolis, MD 21401 |
| Portland, ME 04112-4630 | Telephone: (443) 716-4400 |
| Telephone: (207) 774-2500 | tlochner@boatinglaw.com |
| tbraden@thompsonbowie.com | |

## **CERTIFICATE OF SERVICE**

I, John P. Graceffa, hereby certify that on November 8, 2017, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to such counsel as have entered an appearance in this matter.

/s/  John P. Graceffa
John P. Graceffa, Esq.